JPMo FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by Executive Life Insurance Co., First Executive Corp., Fred Carr, Michael R. Milken and Howard, Weil, Labouisse, Frederichs, Inc. for transfer of actions w/exhibits A thru L and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: W.D. Tennessee (ds) |
| 90/09/24 | | APPEARANCES -- JACK E. MCCLARD, ESQ. for First Tennessee Bank National Association; MARK W. RAPPEL, ESQ. for Executive Life Insurance Corp., First Executive Corp. and Fred Carr; MICHAEL D. HUNT, ESQ. for Sunburst Bank; NORMAN J. GORDON, ESQ. for El Paso Housing Finance Corp.; JAMES W.B. BENKARD, ESQ. for Morgan Stanley & Co., Inc.; PHILIP J. JOHN, ESQ. for Rotan Mosle, Inc.; RICHARD B. SKAFF, ESQ. for Morgan, Keegan & Co., Inc.; JAMES K. LANGDON, II, ESQ. for Nebraska Investment Finance Authority; FLETCHER L. YARBROUGH, ESQ. for Rauscher Pierce Refsnes, Inc.; JOHN T. KOTELLY, ESQ. for Premier Bank, N.A.; JED S. RAKOFF, ESQ. for Howard, Weil, Labouisse, Friedrichs, Inc., Legg mason Wood Walker, Inc., Blunt Ellis & Loewi, Inc., Painewebber, Inc., Wertheim Schroder & Co., Inc., Alex. Brown & Sons, Inc., Lazard Freres & Co., McDonald & Co. Securities, Inc., Donaldson Lufkin and Jenrett Securities, Corp., Kidder Peabody & Co., Inc., George K. Baum & Co., Dillon Read & Co., Dean Witter Reynolds, Inc., L.F, Rothschild & Co., Lovette Underwood Neuhaus & Webb, Inc. and Wheat, First Securities ,Inc.; CHARLES J. HECHT, ESQ. for Washington National Life Insurance Co. of New York, et al.; ROBERT I. HARWOOD, ESQ. for Roberta Lipsey; KENTON C. GRANGER, ESQ. for Farm Bureau Federation, et al.; RAYMOND L. DAHLBERG, ESQ. for Farm Bureau Town & Country Insurance Co. of Missouri, et al.; STEPHEN LOWEY, ESQ. for Associated Kellogg Bank, et al. (ds) |
| 90/09/25 | | APPEARANCES -- WILLIAM H. WHITE, ESQ. for Timoothy C. Devlin and Lucy Womack, etc. (A-11); MARK D. ESTES, ESQ. for Bradley D. Thompson, D.C.; RICHARD B. DRUBEL, ESQ. for Lucy Womack, etc. (A-10); MARK M. SELTzER, ESQ. for Texas State Bank, etc.; THOMAS L. KIMER, ESQ. for Faegre & Benson; BRUCE E. GERSTEIN, ESQ. for Theresa Faust; JOHN M. HADLOCK, ESQ. for Louisiana Agricultural Finance Authority (ds) |
| 90/09/28 | | APPEARANCE -- ELWOOD S. SIMON, ESQ. for Christine L. Swope (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 90/09/28 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- First Tennessee Bank National Association -- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 11, 1990 -- Notified involved counsel (sg) |
| 90/09/28 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Nebraska Investment Finance Authority -- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 9, 1990 -- Notified involved counsel (sg) |
| 90/10/01 | | APPEARANCES: JAMES M. YERETSKY, ESQ. for Farm Bureau Town & Country Insurance Co. of Missouri; RICHARD A. CIRILLO, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc.; C. BRADFORD FOSTER, III, ESQ. for The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee; ANDREW P. JOHNSON, III, ESQ. for Southeast Texas Housing Finance Corporation; STEVEN B. ROSENFELD, ESQ. for Michael R. Milken; OSCAR C. CARR, III, ESQ. for Commerce Investments; JED S. RAKOFF, ESQ. fro William Blair & Co., J.C. Bradford & Co., Masterson, Moreland, Sauer & Whisman, Inc., The Robinson-Humphrey Co., Inc., Salomon Brothers Inc., Shearson Lehman Hutton, Inc., Smith Barney, Harris Upham & Co. Inc. (rh) |
| 90/10/01 | 4 | RESPONSE -- (to pldg. #1) Lucy Womack, et al.; Associated Kellogg Bank, et al.; Theresa Faust, et al.; Washington National Life Insurance Co. of New York, et al.; Farm Bureau Town & Country Insurance Co. of Missouri, et al.; Christine L. Swope, et al.; Timothy C. Devlin, et al.; Texas State Bank, et al.; -- w/Affidavit of Stephen Lowey, Exhibits A-C and cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 5 | RESPONSE -- (to pldg. #1) Morgan, Keegan & Company, Inc. -- w/cert. of svc. (received 10/1/90) (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/01 | 6 | RESPONSE -- (to pldg. #1) George K. Baum & Company; William Blair & Company; J.C. Bradford & Co.; Blunt Ellis & Loewi, Inc.; Alex. Brown & Sons Inc.; Dean Witter Reynolds, Inc.; Dillon, Read & Co., Inc.; Donaldson, Lufkin and Jenretter Securities Corp.; Kidder, Peabody & Co., Inc.; Lazard Freres & Co.; Legg Mason Wood Walker, Inc.; Lovett Underwood Neuhaus & Webb, Inc.; Masterson, Moreland, Sauer & Whisman, Inc.; McDonald & Company Securities, Inc.; PaineWebber, Inc.; The Robinson-Humphrey Co., Inc.; L.F. Rothschild & Co., Inc.; Salomon Brothers Inc.; Shearson Lehman Hutton, Inc.; Smith Barney, Harris Upham & Co., Inc.; Wheat, First Securities, Inc. and Rauscher Pierce & Refsnes, Inc. -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 7 | RESPONSE -- (to pldg. #1) Morgan Stanley & Co. Inc. -- w/Affidavit of Carey R. Dunne, Exhibits A-C and cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 8 | AFFIDAVIT OF CHARLES J. HECHT -- Washington National Life Insurance Company of New York, et al. -- w/Exhibits A-F and cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Board of County Commissioners of Adams County, Colorado -- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 9, 1990 -- Notified involved counsel (rh) |
| 90/10/01 | 10 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Louisiana Agricultural Finance Authority-- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 9, 1990 -- Notified involved counsel (rh) |
| 90/10/01 | 11 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Southeast Texas Housing Finance Corporation -- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 9, 1990 -- Notified involved counsel (rh) |
| 90/10/01 | 12 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Health, Educational and Housing Facility Board of the City of Memphis, Tennessee -- EXTENSION OF TIME GRANTED TO AND INCLUDING OCTOBER 9, 1990 -- Notified involved counsel (rh) |
| 90/10/01 | 13 | RESPONSE -- (to pldg. #1) El Paso Housing Finance Corp. -- w/cert. of svc. (received 10/1/90) (rh) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/02 | 14 | RESPONSE -- (to pldg. #1) Sunburst Bank -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/04 | 15 | RESPONSE -- (to pldg. #1) Norwest Bank Minnesota, N.A. -- w/cert. of svc. (received 10/4/90) (rh) |
| 90/10/09 | 16 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Louisiana Agricultural Finance Authority -- EXTENSION OF TIME NOT GRANTED -- Notified invovled counsel (rh) |
| 90/10/10 | 17 | RESPONSE -- (to pldg. #1) The Louisiana Agricultural Finance Authority -- w/cert. of svc. (received 10/10/90) (rh) |
| 90/10/10 | 18 | RESPONSE -- (to pldg. #1) Nebraska Investment Finance Authority; The Health, Educational and Housing Facility Board of the City of Memphis; Southeast Texas Housing Finance Corporation; Board of County Commissioners of Adams County, Colorado; and El Paso Housing Finance Corporation -- w/cert. of svc. (received 10/9/90) (rh) |
| 90/10/11 | 19 | RESPONSE/BRIEF -- (to pldg. #1) First Tennessee Bank National Association -- w/Exhibits A-D and cert. of svc. (received 10/11/90) (rh) |
| 90/10/11 | | HEARING ORDER -- setting motion for transfer for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |
| 90/10/12 | 20 | RESPONSE -- (to pldg. #7) Timothy C. Devlin, et al. -- w/cert. of svc. (received 10/12/90) (rh) |
| 90/10/16 | 21 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Commerce Investments -- EXTENSION OF TIME NOT GRANTED -- Notified involved counsel (rh) |
| 90/10/18 | 22 | REPLY -- Executive Life Insurance Company; First Executive Corporation; Fred Carr and Michael R. Milken -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 23 | REPLY -- Michael R. Milken -- w/Affidavit of Karen M. Cullen and cert. of svc. (received 10/18/90) (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/19 | 24 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Filed by Howard, Weil, Labouisse, Friedrichs Inc. -- Catholic Life Insurance Union, et al. v. NCNB-Texas, et al., S.D. Texas, C.A. No. M-90-205 (rh) |
| 90/10/19 | 25 | RESPONSE -- (to pldg. #1) First Boston Corporation; Boettcher & Co., Inc.; Alex Brown & Sons, Inc. DBLKM, Inc. (f/k/a Kirchner, Moore & Co.); Dillon, Read & Co., Inc.; Donaldson, Lufkin & Jenrette Securities Corp.; Ehrlich-Bober & Co., Inc.; Hanifen, Imhoff Inc.; Kidder, Peabody & Co., Inc.; Lazard Freres & Co.; Morgan Stanley & Co., Inc.; PaineWebber Inc.; Prudential-Bache Securities, Inc.; L.F. Rothschild & Co; Salomon Brothers, Inc.; Wertheim Schroder & Co., Inc.; and Dean Witter Reynolds, Inc. -- w/cert. of svc. (received 10/19/90) (rh) |
| 90/10/19 | | APPEARANCE -- JOHN F. COLLIN, ESQ. for The First Boston Corp., Boettcher & Co., Inc., DBLKM, Inc. (f/k/a Kirchner, Moore & Co.), Ehrlich-Boder & Co., Inc. and Hanifen, Imhoff, Inc. (ds) |
| 90/10/26 | | APPEARANCE -- DAVID A. WELTE, ESQ. for Board of County Commissioners of Adams County, Colorado (rh) |
| 90/10/29 | 26 | NOTICE OF RELATED ACTION -- submitted by plaintiffs Catholic Life Insurance Union, et al. -- Catholic Life Insurance Union, et al.v. NCNB-Texas, et al., S.D. Texas, C.A. No. M-90-205 (Panel previously notified -- see pldg. #24) (cdm) |
| 90/11/07 | | APPEARANCE -- JOHN A. BLUE, ESQ. for El Paso Housing Finance Corporation (sg) |
| 90/11/08 | 27 | (to pldg. #1) RESPONSE/SUPPLEMENTAL MEMORANDUM -- Nebraska Investment Finance Authority, The Health, Educational and Housing Facility Board of the City of Memphis; The Board of County Commissioners of Adams County, Colorado and El Paso Housing Finance Authority -- w/cert. of svc (received 11/08/90) (sg) |
| 90/11/13 | 28 | SUPPLEMENTAL MEMORANDUM (to pldg. #1) -- Norwest Bank Minnesota, N.A. w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/11/14 | 29 | LETTER -- (Additional Information) -- Plaintiff Theresa Faust and Christine Swope -- Plaintiff Roberta Lipsey (received 11/14/90) (sg) |
| 90/11/14 | 30 | SUPPLEMENTAL MEMORANDUM -- Lucy Womack, Etc., Washington National Life Insurance Company of New York, et al., Timothy C. Devlin, et al., Farm Bureau Town & County Insurance Co. of Missouri, et al., Christine L. Swope, et al., Texas State Bank, et al. (received 11/14/90) (sg) |
| 90/11/16 | | HEARING APPEARANCES -- (For hearing in Sioux Falls, South Dakota on 11/16/90) MARC W. RAPPEL, ESQ. for First Executibe Corp.; Executive Life Insurance Co. and Fred Carr; STEVEN B. ROSENFELD, ESQ. for Michael R. Milken; JED S. RAKOFF, ESQ. for George K. Baum & Co.; William Blair & Co.; Blunt Ellis & Loewi; J.C. Bradford & Co.; Alex. Brown & Sons Inc.; Dean Witter Reynolds, Inc.; Dillon, Read & Co., Inc.; Donaldson, Lufkin and Jenrette Securities Corp.; Dorsey & Co., Inc.; A.G. Edwards & Sons, Inc.; Howard, Weil, Labouisse, Friedrichs Inc.; Kidder, Peabody & Co. Inc.; Lazard Freres & Co.; Legg Mason Wood Walker, Inc.; Lovett Underwood Neuhaus & Webb, Inc.; Masterson, Moreland, Sauer & Whisman, Inc.; McDonald & Co. Securities, Inc.; PaineWebber, Inc.; The Robinson-Humphrey Co., Inc.; L.F. Rothschild & Co. Inc.; Salomon Brothers Inc.; Shearson Lehman & Co. Inc.; Wertheim Schroder & Co. Inc.; Wheat First Securities, Inc.; Morgan Keegan, Co., Inc.; JOHN F. COLLINS, ESQ. for The First Boston Corp., et al.; MICHAEL S. PRESS, ESQ. for Louisiana Agricultural Finance Authority; C. BRADFORD FOSTER, III, ESQ. for The Health Educational and Housing Facility Board of City of Memphis, Tennessee; J. MARQUIS EASTWOOD, ESQ. for Nebraska Investment Finance Authority; DAVID A. WELTE, ESQ. for The Board of Commissioners of Adams County, Colorado; ROBERT I. HARWOOD, ESQ. for Robert Lipsey; RAYMOND L. DAHLBERG, ESQ. for Farm Bureau Federation, et al.; MARC M. SELTZER, ESQ. for Texas State Bank, et al.; RICHARD B. DRUBEL, ESQ. for Lucy Womack, etc.; WILLIAM H. WHITE, ESQ. for Timothy C. Devlin, et al.; STEPHEN LOWEY, ESQ. for Associated Kellogg Bank, et al.; ELWOOD S. SIMON, ESQ. for Christine L. Swope; CHARLES J. HECHT, ESQ. for Washington National Insurance Co. of New York, et al.; JACK E. MCCLARD, ESQ. for First Tennessee National Bank Association and Sunburst Bank; JAMES W.B. BENKARD, ESQ.for Morgan Stanley & Co. Inc.; NORMAN J. GORDON, ESQ. for El Paso Housing Finance Corp. (rh) |

JPML FORM 1A

p. 7

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 90/11/16 | | WAIVERS OF ORAL ARGUMENT -- (For hearing in Sioux Falls, South Dakota on 11/16/90) Southeast Texas Housing Finance Corp.; Norwest Bank Minnesota, N.A.; Rauscher Pierce Refsnes, Inc.; Commerce Investments; Premier Bank, N.A.; Merrill Lynch Capital Markets and Merrill Lynch, Pierce, Fenner & Smith, Inc. (rh) |
| 90/11/27 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Louisiana to the Hon. Morey L. Sear for pretrial proceedings (rh) |
| 90/11/27 | | TRANSFER ORDER -- Transferring A-1 thru A-7 and A-9 thru A-12 to the Eastern District of Louisiana pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel judges and misc. recipients (rh) |
| 90/11/28 | 31 | LETTER -- Filed by Counsel for several defts. -- requesting decision from Panel -- w/cert of svc. (sg) |
| 90/11/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Catholic Life Insurance Union, et al. v. NCNB-Texas, et al., S.D. Texas, C.A. No. 90-CV-205 -- Notified involved counsel and judges (rh) |
| 90/12/07 | 32 | TRANSMITTAL TO COUNSEL AT REQUEST OF TRANSFEREE JUDGE, Judge Morey L. Sear (ds) |
| 90/12/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Catholic Life Insurance Union, et al. v. NCNB-Texas, et al., S.D. Texas, C.A. No. 90-CV-205 -- Notified invovled clerks and judges. (ds) |
| 91/01/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-14 First Interstate Bank of Commerce, et al. v. Nebraska Investment Finance Authority, et al., D. Wyoming, C.A. No. CV90-1044 -- Notified involved counsel and judges. (ds) |
| 91/01/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 First National Bank v. Louisiana Housing Finance Agency, et al., N.D.Texas, C.A. No. CA3-90-2859-R -- Notified involved counsel and judges (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/30 | 33 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. Vining-Sparks Securities, Inc. in B-14 First Interstate Bank of Commerce, et al. v. Nebraska Investment Finance Authortiy, et al., D. Wyoming, C.A. No. CV90-1044 -- Notified involved counsel and judges (rh) |
| 91/02/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 First National Bank v. Louisiana Housing Finance Agency, et al., N.D. Texas, C.A. No. CA3-90-2859-R -- Notified involved clerks and judges (sg) |
| 91/02/14 | 34 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. Vining-Sparks Securities, Inc. in B-14 First Interstate Bank of Commerce, et al. v. Nebraska Investment Finance Authority, et al., D. Wyoming, C.A. No. CV90-1044 -- w/cert. of svc. (sg) |
| 91/02/15 | | HEARING ORDER -- Setting opposition of Deft. in B-14 Vining-Sparks Securities, Inc. to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-16 Janet Virgin, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee, et al., W.D. Tennessee, C.A. No. 91-2066-GB -- Notified involved counsel and judges (rh) |
| 91/02/21 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON FEBRUARY 15, 1991 -- amending hearing order to include Motion of Vining-Sparks Securities, Inc. to remand the claims against it in Farm Bureau Town & Country Insurance Co. of Missouri, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee, et al., C.A. No. 90-4721 "G" 3 (W.D. Mo., C.A. No. 90-4314-CV-C-5) -- Notified involved counsel, judges and clerks. (ds) |
| 91/02/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Peoples National Bank v. Robert Darling, et al., D. Kansas, C.A. No. 91-1052-K -- Notified involved counsel and judges (rh) |
| 91/03/05 | 35 | RESPONSE, MEMORANDUM (to pldg. #34) -- pltfs. First Interstate Bank of Commerce, et al. -- w/Exhibita A-C and cert. of service (cdm) |
| 91/03/06 | 36 | MEMORANDUM IN RESPONSE to pldg. #34) -- filed by Jed S. Radoff, Esq. for The underwriter defendants and Steven B. Rosenfeld, Esq. for Michael R. Milken w/svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Nr. | Pleading Description |
|---|---|---|
| 91/03/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-16 Janet Virgin, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee, et al., W.D. Tennessee, C.A. No. 91-2066-GB -- Notified involved clerks and judges. (ds) |
| 91/03/12 | 37 | NOTICE OF OPPOSITION TO CTO -- (B-17 Peoples National Bank v. Robert Darling, et al., D. Kansas, C.A. No. 91-102-K) -- filed by pltf. Peoples National Bank w/cert. of svc. (ds) |
| 91/03/21 | | ALL WAIVER ORAL ARGUMENT -- (For hearing on 3/22/91 in Palm Springs, California) (rh) |
| 91/03/26 | 38 | MOTION/BRIEF TO VACATE CTO -- filed by pltf. Peoples National Bank (B-17 Peoples National Bank v. Robert Darling, et al., D. Kansas, C.A. No. 91-102-K) w/cert. of svc. (ds) |
| 91/04/05 | 39 | LETTER -- signed by James F. Duncan counsel for Peoples National Bank (re: B-17 -- (additional information)) -- w/copy of order (rh) |
| 91/04/08 | | TRANSFER ORDER AND ORDER DENYING REMAND -- transferring B-14 First Interstate Bank of Commerce, et al. v. Nebraska Investment Finance Authority, et al., D. Wyoming, C.A. No. 90-CV-1044 to the E.D. Louisiana and Denying remand of claims in A-7 Farm Bureau Town & Country Insurance Co. of Missouri, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee -- Notified involved clerks, judges and counsel (ds) |
| 91/04/10 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-17 Peoples National Bank v. Robert Darling, et al., D. Kansas, C.A. No. 91-1052-K -- notified involved clerks, judges and counsel (sg) |
| 91/05/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18, Bank of Marshall County v. Raymond James & Associates, Inc., et al., W.D. Kentucky, C.A. No. C91-0067P (CS) -- Notified involved counsel and judges (sg) |

P.10

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/28 | 40 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Bank of Marshall County v. Raymond James and Associates, Inc., et al., W.D. Kentucky, C.A. No. C91-0067P (CS) -- Filed by plft. Kerry B. Harvey -- w/cert. of svc. |
| 91/06/04 | 41 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION/BRIEF TO VACATE CTO -- filed by pltf. The Bank of Marshall County -- GRANTED TO AND INCLUDING JUNE 20, 1991 -- Notified involved counsel (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/06/19 | 42 | MOTION/BRIEF TO VACATE CTO -- filed by pltf. The Bank of Marshall County (Bank of Marshall County v. Raymond FJames and Associates, Inc., et al., W.D. Ky., C.A. No. C91-0067P (CS)) w/cert. of svc. (ds) |
| 91/07/10 | 43 | RESPONSE -- (to pldg. #42) Raymond James & Associates, Inc. and John Perkins -- w/cert. of svc. (received 7/9/91) (rh) |
| 91/07/19 | 44 | REPLY -- pltf. The Bank of Marshall County -- w/cert. of svc. (rh) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- ALL PARTIES WAIVED (ds) |
| 91/08/01 | | TRANSFER ORDER -- B-18 Bank of Marshall County v. Raymond James and Associates, et al., W.D. Kentucky, C.A. No. C91-0067P(CS) (transferred to E.D. Louisiana) -- Notified involved judges, clerks, counsel and panel judges (rh) |
| 91/08/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-19 Bank of Rantoul v. Allen Sherman, et al., C.D. Illinois, C.A. No. 91-2062 and C-20 Metrobank, etc. v. Broadway Financial Investment Services Corp., et al., C.D. Illinois, C.A. No. 91-4048 -- Notified involved counsel and judges (rh) |

P. 11

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/26 | 45 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. Bank of Rantoul in C-19 Bank of Rantoul v. Allen Sherman, et al., C.D. Illinois, C.A. No. 91-2062 -- Notified involved counsel and judges (sg) |
| 91/08/26 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-20) Metrobank, etc. v. Broadway Financial Investment Services Corp., et al., C.D. Illinois, C.A. No. 91-4048 -- Notified involved counsel and judges (sg) |
| 91/09/05 | 46 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION AND BRIEF TO VACATE CTO (C-19 Bank of Rantoul v. Allen Sherman, et al., C.D. Ill., C.A. No. 91-2062) -- filed by pltf. Bank of Rantoul w/cert. of svc. -- GRANTED TO AND INCLUDING SEPTEMBER 20, 1991 -- Notified involved counsel (ds) |
| 91/09/20 | 47 | MOTION/MEMORANDUM TO VACATE CTO -- (C-19) Bank of Rantoul v. Allen Sherman, et al., C.D. Ill., C.A. No. 91-2062) -- filed by pltf. Bank of Rantoul w/cert. of svc. (ds) |
| 91/10/07 | 48 | RESPONSE -- (to pldg. #47) Allen Sherman; First Institutional Securities Corp. and Broadway Financial Investment Corp. -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting Opposition of plft. in **C-19 Bank of Rantoul** to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/10/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-21) Deposit Bank v. Drexel Burnham Lambert, Inc., et al. W.D. Pennsylvania, C.A. No. 91-178J; (C-22) Commercial National Bank in Shreveport, Trustee, etc. v. first National Bank of Fairfield, Texas, et al., W.D. Louisiana, C.A. No. 91-1995;(C-23) Alamo Bank of Texas, et al. v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-184; (C-24) McAllen National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-185; (C-25) City National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-186; (C-26) Texas State Bank, et al. v. Lovett Mitchell Webb & Garrison, Inc. et al., S.D. Texas, C.A. No. M-91-198; (C-27) Commercial National Bank of Beeville, Texas v. Vining-Sparks Securities, Inc., et al., S.D. Texas, C.A. No. C-91-252 -- Notified involved counsel and judges (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- ____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/28 | 49 | RESPONSE/REPLY (to pldg. #48) -- filed by Bank of Rantoul w/MOTION TO FILE INSTANTER A RESPONSE (pldg. #49) w/cert. of svc. (ds) |
| 91/11/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-28 Metrobank v. Shearson Lehman Brothers, et al. C.D. Illinois, C.A. No. 91-CV-4051; C-29 First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. B-91-165 -- Notified involved counsel and judges (eem) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- ___

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/28 | 49 | RESPONSE/REPLY (to pldg. #48) -- filed by Bank of Rantoul w/MOTION TO FILE INSTANTER A RESPONSE (pldg. #49) w/cert. of svc. (ds) |
| 91/11/04 | 50 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. Commercial National Bank of Beeville, Texas in (C-27) Commercial National Bank of Beeville, Texas v. Vining-Sparks Securities, Inc., et al., S.D. Texas, C.A. No. C-91-252 -- Notified involved counsel and judges (sg) |
| 91/11/05 | 51 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. McAllen National Bank in (C-24) McAllen National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-185 -- Notified involved counsel and judges (sg) |
| 91/11/05 | 52 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. Texas State Bank in (C-26) Texas State Bank, et al. v. Lovett Mitchell Webb & Garrison, Inc., et al., S.D. Texas, C.A. No. M-91-198 -- Notified involved counsel and judges (sg) |
| 91/11/05 | 53 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. Alamo Bank of Texas in Alamo Bank of Texas, et al. v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-184 -- Notified involved counsel and judges (sg) |
| 91/11/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-25) City National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-186 -- (C-21) Deposit Bank v. Drexel Burnham Lambert, Inc. et al., W.D. Pennsylvania, C.A. No. 91-178J -- Notified involved clerks and judges (sg) |
| 91/11/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-28 Metrobank v. Shearson Lehman Brothers, et al. C.D. Illinois, C.A. No. 91-CV-4051; C-29 First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. B-91-165 -- Notified involved counsel and judges (eem) |
| 91/11/07 | 54 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. Commercial National Bank in Shreveport, Trustee v. First National Bank of Fairfield, Texas, et al., W.D. Louisiana, C.A. No. 91-1995 -- Notified involved counsel and judges (sg) |

P. 13

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/15 | 55 | MOTION/BRIEF TO VACATE CTO -- Filed by plft. Commercial National Bank of Beeville, Texas in Commercial National Bank of Beeville, Texas v. Vining-Sparks Securities, Inc., et al., S.D. Texas, C.A. No. C-91-252 -- w/cert. of svc. (sg) |
| 91/11/19 | 56 | MOTION/BRIEF TO VACATE CTO -- Filed by plft. Alamo Bank of Texas in Alamo Bank of Texas, et al. v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-184 (sg) |
| 91/11/19 | 57 | MOTION/BRIEF TO VACATE CTO -- Filed by plft. McAllen National Bank in McAllen National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-185 (sg) |
| 91/11/19 | 58 | MOTION/BRIEF TO VACATE CTO -- Filed by plft. Texas State Bank in Texas State Bank, et al. v. Lovett, Mitchell, Webb & Garrison, Inc., et al., S.D. Texas, C.A. No. M-91-198 (sg) |
| 91/11/20 | 59 | AGREED ORDER OF DISMISSAL -- Signed by judge Ricardo H. Hinojosa in Southern District of Texas, dated November 1, 1991 -- (order dismissed C-25 City National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-186) (rh) |
| 91/11/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-25 City National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-186 -- Notified involved counsel, judges and clerks (rh) |
| 91/11/20 | 60 | Letter w/copy of Magistrate's Order of Remand re C-22 Commercial Nat'l Bank of Shreveport, Trustee v. First Nat'l Bank of Fairfield, Texas, et al., W.D. La., C.A. No. 91-1995 -- submitted by Glenn Langley, counsel for pltf. (received 91/11/05) (cdm) |
| 91/11/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-22 Commercial Nat'l Bank of Shreveport, Trustee v. First Nat'l Bank of Fairfield, Texas, et al., W.D. La., C.A. No. 91-1995 -- Notified involved judges and counsel (cdm) |
| ~~91/11/20~~ | ~~61~~ | ~~NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- C-28 Metrobank v. Shearson Lehman Brothers, Inc., et al., C.D. Illinois, C.A. No. 91-CV-4051 -- Notified involved judges and counsel (cdm)~~ |

Case MDL No. 863 Document 167 Filed 06/16/15 Page 15 of 43

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 91/11/20 | 61 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by plaintiff in C-28 Metrobank v. Shearson Lehman Brothers, Inc., et al., C.D. Illinois, C.A. No. 91-CV-4051 -- Notified involved judges and counsel (cdm) |
| 91/11/21 | 62 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by deft. Shearson Lehman Brothers, Inc. -- C-28 Metrobank v. Shearson Lehman Brothers, Inc., et al., C.D. Illinois, C.A. No. 91-CV-4051 -- Notified involved judges and counsel (cdm) |
| 91/11/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-30 National Bank of Harvey v. Union Planters Investment Bankers Group, Inc., D. North Dakota, C.A. No. A4-91-191 -- Notified involved counsel and judges (eem) |
| 91/11/22 | 63 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. First Valley Bank w/cert. of svc. (C-29 First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. B-91-165) -- Notified involved counsel and judge. (ds) |
| 91/11/22 | | ~~CONDITIONAL TRANSFER ORDER FILED TODAY -- C-30 National Bank of Harvey v. Union Planters Investment Bankers Group, Inc., D. North Dakota, C.A. No. A4-91-191 -- Notified involved counsel and judges (eem)~~ |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- EDWARD J. CUNNINGHAM, ESQ. for Bank of Rantoul, ROBERT M. AXELROD, ESQ. for Allen Sherman, First Institutional Securities Corp., Broadway Financial Investment Corp. (kac) |
| 91/11/22 | | WAIVER OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- All Plaintiffs (kac) |
| 91/12/02 | | TRANSFER ORDER -- **C-19** Bank of Rantoul v. Allen Sherman, et al., C.D. Illinois, C.A. No. 91-2062 (**Action transferred to E.D. Louisiana**) -- Notified involved counsel, judges, clerks and panel judges (rh) |

JPML FORM 1A

P.15

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/03 | 64 | MOTION/BRIEF TO VACATE CTO -- filed by pltfs. Metrobank in Metrobank v. Shearson Lehman Brothers, Inc., et al., C.D. Illinois, C.A. No. 91-CV-4051 -- w/cert. of svc. (kac) |
| 91/12/04 | 65 | RESPONSE TO MOTION/BRIEF TO VACATE CTO -- (pldg #55) filed by defts. Vining-Sparks Securities, Inc. and Vining- Sparks, IBG, Limited Partnership -- w/Exhibits A,B and C and cert. of svc. (kac) |
| 91/12/05 | 66 | RESPONSE -- (to pldg. #55) filed by defts. Rauscher Pierce Refsnes, Inc. Howard, Weil, Labouisse, Friedrichs Incorporated, Rotan Mosle, Inc. and Legg, Mason, Wood, Walker Incorporated -- with Exhibits 1 though 4 and cert. of svc. (kac) |
| 91/12/09 | 67 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. First Valley Bank in (C-29) First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. B091-165 -- with Exhibit A and cert. of svc. (kac) |
| 91/12/09 | 68 | RESPONSE -- to pldg. 58 filed by deft. Lovett Mitchell Webb and Garrison, Inc. -- with cert. of svc. (kac) |
| 91/12/09 | 69 | RESPONSE -- (to pldg. 57) filed by deft. Vining-Sparks Securities, Inc. -- with exhibits A & B and cert. of svc. (kac) |
| 91/12/09 | 70 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. National Bank of Harvey with cert. of svc. (C-30) National Bank of Harvey v. Union Planters Investment Bankers Group, Inc., D. North Dakota, C.A. No. A4-91-191 -- Notified involved judges and counsel (kac) |
| 91/12/09 | 71 | RESPONSE -- (to pldg. #57) filed by defts. Rauscher Pierce Refsnes, Inc. and Charley Ripley -- with Exhibits 1 through 5 and cert. of svc. (kac) |
| 91/12/09 | 72 | RESPONSE -- (to pldg. #56) filed by defts. Rauscher Pierce Refsnes, Inc. and Charles Ripley -- with Exhibits 1 through 4 and cert. of svc. (kac) |
| 91/12/10 | | LETTER -- (signed by Michael L. Brem) Revised Cert. of Svc. attached to pldg. #68 (kac) |

Case MDL No. 863 Document 167 Filed 06/16/15 Page 17 of 43

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-31 Associated Commerce Bank, et al. v. National Bank of Commerce of Memphis, Tennessee, d/b/a Commerce Investments, W.D. Wisconsin, C.A. No. 91-C-0771-S -- Notified involved counsel and judges. (ds) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of pltfs. and deft. Shearson Lehman Brothers, Inc. in C-23; C-24; C-26 thru C-30 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/23 | 73 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf., (C-30) National Bank of Harvey -- with Exhibits 1-5 and cert. of svc. (kac) |
| 91/12/27 | | REVISED COVERS FOR MOTION/BRIEF TO VACATE CTO -- (attached to pldg # 73) filed by pltf. National Bank of Harvey (kac) |
| 91/12/31 | 74 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltfs. ~~Associated Commerce Bank and Catholic Family~~ Insurance -- (C-31) Associated Commerce Bank, et al. v. National Bank of Commerce of Memphis, Tennessee, d/b/a/ Commerce Investments, W.D. Wisconsin, C.A. No. 91-C-0771 S -- with cert. of svc.-- Notified involved judges and counsel (kac) |
| 91/12/31 | 75 | RESPONSE -- (to pldg. #67) filed by defts. Rauscher Pierce Refsnes, Inc. and Charles Ripley -- with Exhibits 1 through 4 and cert. of svc. (kac) |
| 92/01/13 | 76 | JOINDER IN (pldg. #73) -- filed by deft. Union Planters Investment Bankers Group, Inc. w/cert. of svc. (ds) |
| 92/01/15 | 77 | MOTION/BRIEF TO VACATE CTO -- (Associated Commerce Bank, et al. v. National Bank of Commerce of Memphis, Tennessee, d/b/a Commerce Investments, W.D. Wisconsin, C.A. No. 91-C-0771-S) -- Filed by pltf. Associated Commerce Bank and Catholic Family Insurance Co. w/cert. of svc. (ds) |
| 92/01/15 | 78 | SUBSEQUENT INFORMATION -- filed by defts. Shearson Lehman Brothers, Inc. and Wayne A. Wagner (re: Metrobank v. Shearson Lehman Brothers,Inc., C.D. Ill., C.A. No. 91-CV-4051) (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-32) American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corporation, et al., M.D. Alabama, C.A. No. 91-T-1495-N -- Notified involved counsel and judges (bas) |
| 92/01/29 | 79 | NOTICE OF ERRATA (re: pldg. #75) -- filed by defts. Rauscher Pierce Refsnes, Inc. and Charles Ripley w/exhibit A and cert. of svc. (ds) |
| 92/01/31 | | HEARING APPEARANCES -- **(For Hearing on 1/31/92 in Phoenix, AZ)** MARCUS V. HOBERT, ESQ for Metrobank and CHARLES O. MONK, II, ESQ. for Shearson Lehman Brothers, Inc.; Wayne A. Wagner; Howard, Weil, Labouisse, Friedrichs Inc.; Legg, Mason, Wood, Walker Inc.; Rauscher Pierce Refsnes, Inc.; Rotan Mosle, Inc. and Charles Ripley (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- **(For Hearing on 1/31/92 in Phoenix, AZ)** Lovett, Mitchell, Webb & Garrison; Deposit Bank; Commercial National Bank of Beeville, Texas; Vining-Sparks Securities, Inc.; Vining-Sparks IBG, Limited Partnership; Alamo Bank o Texas, et al.; Texas State Bank, et al. and First Valley Bank (rh) |
| 92/02/03 | 80 | RESPONSE -- National Bank of Commerce -- (to pldg. #77) w/exhibits A thru D and cert. of svc. (bas) |
| 92/02/06 | 81 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltfs. C-32 American National Bank of Union Springs, Alabama -- (bas) |
| 92/02/06 | | ORDER -- **transferring** (C-23) Alamo Bank of Texas, et al. v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-184; (C-24) McAllen National Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. 91-CV-185; (C-26) Texas State Bank, et al. v. Lovett Mitchell Webb & Garrison, Inc., et al., S.D. Texas, C.A. No. M-91-198; (C-27) Commercial National Bank of Beeville, Texas v. Vining-Sparks Securities, Inc., et al., S.D. Texas, C.A. No. C-91-252; (C-29) First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al., S.D. Texas, C.A. No. B-91-165 and Metrobank v. Shearson Lehman Brothers, Inc., et al., C.D. Illinois, C.A. No. 91-CV-4051; and **vacating the conditional transfer order** in National Bank of Harvey v. Union Planters Investment Bankers Group, D. North Dakota, C.A. No. A4-91-191 -- Notified involved counsel, judges and clerks (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 92/02/07 | 82 | REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CTO -- filed by pltfs. C-31 Associated Commerce Bank -- w/cert. of svc. (bas) |
| 92/02/21 | 83 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. American National Bank of Union Springs, Alabama, et al. (C-32, American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corporation, et al., N.D. Alabama, C.A. No. 91-T-1495-N) -- w/cert. of svc. -- **Insufficient number of copies filed** (bas) |
| 92/02/20 | | HEARING ORDER -- setting opposition to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/24 | | ADDITIONAL COPIES OF MOTION/BRIEF TO VACATE CTO (pldg. #83) -- filed by pltf. American National Bank of Union Springs, Alabama, et al. **(w/exhibit 1 that was omitted from filing on 2/21/92) (received 2/24/92 and filed on 2/21/92)** (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/07 | 82 | REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CTO -- filed by pltfs. C-31 Associated Commerce Bank -- w/cert. of svc. (bas) |
| 92/02/21 | 83 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. American National Bank of Union Springs, Alabama, et al. (C-32, American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corporation, et al., N.D. Alabama, C.A. No. 91-T-1495-N) -- w/cert. of svc. -- **Insufficient number of copies filed** (bas) |
| 92/02/20 | | HEARING ORDER -- setting opposition of pltfs. Associated Commerce Bank, et al., (C-31) to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/24 | | ADDITIONAL COPIES OF MOTION/BRIEF TO VACATE CTO (pldg. #83) -- filed by pltf. American National Bank of Union Springs, Alabama, et al. **(w/exhibit 1 that was omitted from filing on 2/21/92) (received 2/24/92 and filed on 2/21/92)** (ds) |
| 92/03/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **(C-33)** Citizens Bank and Savings Company, et al. v. Standard and Poor's Corporation, et al., N.D. Alabama, C.A. No. 91-CV-2864; **(D-34)** Htoob, Inc. v. Union Planters Investment Bankers Group, Inc., D. Delaware, C.A. No. 92-26; **(D-35)** The Citizens Bank of Philadelphia v. National Bank of Commerce, et al., S.D. Mississippi, C.A. No. E92-0007(L)(C) -- Notified involved counsel and judges (kac) |
| 92/03/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(C-36)** Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., W.D. Texas, C.A. No. SA-92-CA-0175 -- Notified involved counsel and judges (kac) |
| 92/03/19 | 84 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. Citizens Bank and Savings Company and First State Bank of Franklin County, Alabama (Citizens Bank and Savings Co., et al. v. Standard and Poor's Corporation, et al., N.D. Ala., C.A. No. 91-L-2864-NW) -- w/exhibits A thru C and cert. of svc. -- Notified involved judges and counsel (ds) |

JPML FORM 1A

p. 19

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/20 | | CONDITIONAL TRANFER ORDERS FINAL TODAY --C-34 Htoob, Inc. v. Union Planters Investment Bankers Group, Inc., D. Delaware, #92-26 and C-35 The Citizens Bank of Philadelphia v. National Bank of Commerce, et al., S.D. Mississippi, #E92-0007(L)(C) -- Notified involved judges and clerks (rh) |
| 92/03/24 | 85 | RESPONSE -- (to pldg. #83) Filed by Defts. Central Bank of the South; AmSouth Bank and SouthTrust Bank of Alabama, N.A. -- w/Letter Request To File Response (Attached to the Original) and cert. of svc. (rh) |
| 92/03/27 | 86 | SUPPLEMENTAL RESPONSE -- (to pldg. #85) Filed by Defts. Central Bank of the South; AmSouth Bank, N.A. and SouthTrust Bank of Alabama, N.A. -- w/Exhibits A-B and cert. of svc. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- DONALD K. SCHOTT, ESQ. for Associated Commerce Bank and Catholic Family Insurance Company; JED S. RAKOFF, ESQ. for National Bank of Commerce (ds) |
| 92/03/27 | | WAIVER OF ORAL ARGUMENT -- Nebraska Investment Authority (ds) |
| 92/03/31 | 87 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-36 Commerical National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., W.D. Texas, C.A. No. SA-92-CA-0175 -- Notified involved counsel and judges (rh) |
| 92/03/31 | | TRANSFER ORDER -- transferring C-31 to the E.D. Lousiana for pretrial proceedings (Associated Comerce Bank, et al. v. National Bank of Commerce of Memphis, Tennessee, d/b/a Commerce Investments, W.D. Wisc., C.A. No. 91-C-0771-S) -- Notified involved clerks, judges and counsel (ds) |
| 92/04/03 | 88 | MOTION/BRIEF TO VACATE CTO -- filed by pltfs. Citizens Bank and Savings Co., et al. w/exhibits A thru E, exhibits 1 and 2 and cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/07 | 89 | MOTION/BRIEF TO VACATE CTO -- (C-36 Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., W.D. Tex., C.A. No. SA-92-CA-0175) -- filed by pltf. Commerical National Bank of Beeville, Texas, etc. w/cert. of svc. (ds) |
| 92/04/15 | | HEARING ORDER -- Setting oppositons of pltfs. in C-33 American National Bank of Union Springs, AL, et al.; C-33 Citizens Bank and Savings Co., et al. and C-36 Commercial National Bank of Beeville, TX, etc. to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/04/15 | 90 | RESPONSE/MEMORANUDM (to pldg. #88) -- filed by defts. AmSouth Bank, N.A., Union Planters Investment Bankers Group, Inc., Commerce Investments, First Tennessee Bank National Association, Central Bank of the South and Dean Witter Reynolds, Inc. w/exhibits A, thru D w/cert. svc. (ds) |
| 92/04/21 | 91 | BRIEF IN OPPOSITION TO MOTION TO VACATE CTO -- (B-36 Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., W.D. Texas, C.A. No. SA-92-CA-0175) -- Filed by deft. Vining-Sparks Securities, Inc. and Vining-Sparks, IBG Limited Partnership -- w/Exhibits A thru C and cert. of svc. (bas) |
| 92/04/21 | 92 | BRIEF IN OPPOSITION TO MOTION TO VACATE CTO -- (B-36 Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., W.D. Texas, C.A. No. SA-92-CA-0175) -- Filed by underwriter deft. Rauscher Pierce Refsnes, Inc., Howard, Weil, Labouisse, Friedrichs, Inc., Rotan Mosle, Inc., and Legg Mason Wood Walker, Inc. -- w/Exhibits A thru F and cert. of svc. (bas) |
| 92/04/24 | 93 | LETTER -- transmitting order from M.D. Alabama remanding (C-32) American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corporation, Inc., et al., M.D. Alabama, C.A. No. 91-T-1495-N to state court -- with cert. of svc. (kac) |
| 92/04/24 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND SCHEDULED HEARING -- (C-32) American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corporation, Inc., et al., M.D. Alabama, C.A. No. 91-T-1495-N -- Notified involved counsel, judges and clerks (kac) |

P21

863

| Date | Pldg. | Description |
|---|---|---|
| 92/04/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-38) The American Bank v. SouthTrust Bank of Alabama, et al., N.D. Alabama, C.A. No. CV-92-PT-0524-S; (C-39) First State Bank of Uniontown, et al. v. AmSouth Bank, N.A., S.D. Alabama, C.A. No. 92-0142-RV-S; (C-40) Alameda County Employee's Retirement Association v. M.D. Sass Investors Services, Inc.., et al., N.D. California, C.A. No. 91-CV-3290; (C-41) George Weiland, et al. v. M.D. Sass Associates, Inc., et al., N.D. Illinois, C.A. No. 91-CV-7636; (C-42) Richard Muller, et al. v. M.D. Sass Associates, Inc., et al., D. New Jersey, C.A. No. 91-CV-3762; (C-43) Irving Cheskin, et al. v. M.D. Sass Associates, Inc., et al., S.D. New York, C.A. No. 91-CV-6256; (C-44) John J. Coleman, et al. v. M.D. Sass Associates, Inc., et al., S.D. New York, C.A. No. 91-CV-7478 -- Notified involved counsel and judges (kac) |
| 92/04/24 | 94 | REPLY -- (to pldg. #88) -- Filed by defts. Union Planters Investment Bankers Group, Inc. and National Bank of Commerce - w/cert. of svc. (bas) |
| 92/05/04 | 95 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. Alameda County Employees' Retirement Association (C-40) Alameda County Employees' Retirement Association v. M.D. Sass Investors Services, Inc, et al., N.D. California, C.A. No. 91-CV-3290 -- Notified involved counsel and judges (kac) |
| 92/05/06 | 96 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. Richard Muller, Robert Contini, Martin Gillen and Jack Hall in (C-42) Richard Muller, et al. v. M.D. Sass Associates, et al., D. New Jersey, C.A. No. 91-CV-3762 -- Notified involved counsel and judges (kac) |
| 92/05/07 | 97 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. John J. Coleman, Alfred W. Ditolla, Robert R. Miller, Steven J. Rappaport, Joseph Sackatile and Thomas C. Short in (C-44) John J. Coleman, et al. v. M.D. Sass Associates, Inc., et al, S.D. New York, C.A. No. 91-CV-7478 -- Notified involved counsel and judges (kac) |
| 92/05/07 | 98 | LETTER, ORDER -- from S.D. Alabama remanding to Circuit Court of Perry County, Alabama (re: C-39 First State Bank of Uniontown, et al. v. AmSouth Bank, N.A., S.D. Alabama, C.A. No. 92-0142-RV-S) -- w/cert. of svc. (bas) |

JPML FORM 1A

p.22

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (re: C-39 First State Bank of Uniontown, et al. v. AmSouth Bank, N.A., S.D. Alabama, C.A. No. 92-0142-RV-S) -- Notified involved counsel and judges (bas) |
| 92/05/07 | 99 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. George Weiland, William Morgan, Robert Zahoric, Frank Pauley, Walter Satalic and James Kane in (C-41) George Weiland, et al. v. M.D. Sass Associates, Inc., et al., N.D. Illinois, C.A. No. 91-CV-7636 -- Notified involved counsel and judges (kac) |
| 92/05/08 | 100 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. Irving Cheskin, Frank Dwyer, William Gennerich, Donald Kleinschmidt, Henry Lauterstein and Ronald Vitelli in (C-43) Irving Cheskin, et al. v. M.D. Sass Associates, Inc., et al., C.A. No. 91-CV-6256 -- Notified involved counsel and judges (kac) |
| 92/05/08 | | APPEARANCE -- FRANKLIN K. MOSS, ESQ. for Irving Cheskin, Frank Dwyer, William Gennerich, Donald Kleinschmidt, Henry Lauterstein and Ronald Vitelli (kac) |
| 92/05/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-38) The American Bank v. SouthTrust Bank of Alabama, N.A., et al., N.D. Alabama, C.A. No. CV-92-PT-0524-S -- Notified involved clerks and judge (kac) |
| 92/05/15 | 101 | LETTER -- Plaintiffs C-41, C-42, C-43 & C-44 -- Request for plaintiffs to file a joint motion and brief to vacate CTO (50 pgs); Request to file motion to transfer C-40, C-42, C-43, C-44 to the S.D. New York w/supporting brief and use the same brief attached to motion and brief to vacate; Plaintiffs 1) GRANTED 40-PAGE BRIEF LIMIT; 2) GRANTED PERMISSION TO FILE MOTION TO TRANSFER; 3) GRANTED PERMISSION TO ADOPT 40-PAGE BRIEF IN SUPPORT OF MOTION and 4) MOTION TO BE LIMITED TO RELIEF REQUESTED. Notified involved counsel. (rew) |
| 92/05/15 | | APPEARANCE -- filed by LAURENCE B. ORLOFF, ESQ. for Richard Muller, Robert Contini, Martin Gillen and Jack Hall -- w/cert. of svc. (kac) |
| 92/05/19 | 102 | COMBINED MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- filed by pltfs. Alameda County Employees' Retirement Association; Richard Muller, et al.; Irving Cheskin, et al.; and John J. Coleman, et al. in C-40 Alameda v. M.D. Sass, et al., C-42 Muller v. M.D. Sass, et al, C-43 Cheskin, et al. v. M.D. Sass, et al., and C-44 Coleman v. M.D. Sass w/cert. of svc. (kac) |

JPML FORM 1A

P 23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/22 | 103 | MOTION/BRIEF TO VACATE CTO -- filed by pltfs. George Weiland, William Morgan, Robert Zahoric, Frank Pauley, Walter Satalic and James Kane -- w/Exhibits A and B, Schedule of Actions and cert. of svc. (kac) |
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT -- Nebraska Investment Finance Authority; Standard and Poors Corp.; Vining-Sparks Securities, Inc.; Central Bank of the South; Commercial National Bank of Beeville Profit Sharing Plan and First State Bank of Mathis Profit Sharing Plan; Citizens Bank and Savings Co. and First State Bank of Franklin County; AmSouth Bank, N.A.; Union Planters Investment Bankers Group, Inc.; Commerce Investments; Central Bank of the South; Dean Witter Reynolds, Inc., Union Planters Securities Corp.; Legg Mason Wood Walker, Inc.; Howard, Weil, Labouisse, Friedrichs, Inc.; Rauscher Pierce Refsnes, Inc.; and Rotan Mosle, Inc.; First Tennessee National Corp. (bas) |
| 92/06/04 | | TRANSFER ORDER -- transferring (C-33) Citizens Bank and Savings Company, et al. v. Standard and Poor's Corporation, et al., N.D. Alabama, C.A. No. 91-L-2864-NW and (C-36) Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al., C.A. No. SA-92-CA-0175 to the Eastern District of Louisiana for consolidated pretrial proceedings -- Notified involved clerks, judges, panel judges and counsel (kac) |
| 92/06/08 | 104 | COMBINED RESPONSE/MEMORANDUM (re: pldg. #102) -- filed by defts. M.D. Sass Associates, Inc., M.D. Sass Investors Services, Inc., Martin D. Sass, Hugh R. Lamle, Michael C. Pastena and Andrew Heiskell w/Declaration of Catherine Samuels and exhibits A thru K. (ALSO FILED IN MDL-939, PLDG. #4) (ds) |
| 92/06/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-45 First National Bank of Fairfield, Texas v. Lovett, Mitchell, Webb & Garrison, Inc., et al., S.D. Texas, C.A. No. H-92-1593 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/06/19 | | HEARING ORDER -- setting oppositions of pltfs. in C-40 Alameda County Employees' Retirement Association; C-41 George Weiland, et al.; C-42 Richard Mueller, et al.; C-43 Irving Cheskin, et al.; and C-44 John J. Coleman, et al. to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges, and clerks (bas) |
| 92/06/23 | 105 | STIPULATION OF DISMISSAL -- Signed by F. Eric Fryar (pltf.'s counsel) dated June 19, 1992 in the Southern District of Texas -- (re: C-45 First National Bank of Fairfield, Texas v. Lovett, Mitchell, Weabb & Garrison, Inc., et al., S.D. Texas, C.A. No. H-92-1593) (bas) |
| 92/06/23 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-45 First National Bank of Fairfield, Texas v. Lovett, Mitchell, Webb & Garrison, Inc., et al., S.D. Texas, C.A. No. H-92-1593 -- Notified involved counsel and judges (bas) |
| 92/06/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-46) Bank Midwest f/k/a First Trust and Savings Bank of Armstrong, Iowa v. Hamilton Investments, Inc. f/k/a The Illinois Co., Inc., N.D. Iowa, C.A. No. C-91-3068 -- Notified involved counsel and judges (bas) |
| 92/07/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-46) Bank Midwest f/k/a/ First Trust and Savings Bank of Armstrong, Iowa v. Hamilton Investments, Inc. f/k/a The Illinois Company, Incorporated, N.D. Iowa, C.A. No. C-91-3068 -- Notified involved clerks and judges (kac) |
| 92/07/22 | 106 | NOTICE OF RELATED ACTION -- Signed by Franklin K. Moss counsel for Irving Cheskin, et al. and co-counsel for John J. Coleman, et al. (dated 7/21/92) (Gus Bevona, et al. v. M.D. Sass Associates, Inc., S.D. New York, C.A. No. 92-CIV-4405) - w/cert. of svc. **(Also Filed in MDL-939 pldg. #9)** (rh) |
| 92/07/28 | 107 | LETTER -- Dated July 24, 1992 (Notice of Additonal Action) Filed by Catherine Samuels, Esq. re: Bevona v. M.D. Sass Associates, Inc., C.A. No. 92-4405, S.D. New York (dld) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- FRANKLIN K. MOSS, ESQ. for Irving Cheskin, et al., John J. Coleman, et al.; JONATHAN S. KITCHEN, ESQ. for Alameda County Employees' Retirement Association; VINCENT D. PINELLI, ESQ. for George Weiland, et al.; CATHERINE D. SAMUELS, ESQ. for M.D. Sass Associates, Inc., et al.; JED S. RAKOFF, ESQ. for Underwriter's Syndicate/Lead Counsel's designee (kac) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- SouthTrust Bank of Alabama, N.A.; Lead Counsel for all plaintiffs in MDL-863 (kac) |
| 92/08/04 | 108 | LETTER -- (Additional Information) Signed by Catherine Samuels, Counsel for M.D. Sass Associates, Inc.; M.D. Sass Investors Services, Inc.; Martin D. Sass; Hugh R. Lamle; Andrew Heiskell and Michael C. Pastena (dated August 3, 1992) -- w/Copies of orders and cert. of svc. (ALSO FILED IN MDL-939 PLDG. #12) (rh) |
| 92/08/07 | | ORDER -- C-40 Alameda County Employees Retirement Association v. M.D. Sass Associates, Inc., N.D. California, C.A. No. 3:91-3290; C-41 George Weiland, et al. v. M.D. Sass Associate, Inc., et al., N.D. Illinois, C.A. No. 1:91-7636; C-42 Richard Mueller, et al. v. M.D. Sass Associates, Inc., et al., D. New Jersey, C.A. No. 2:91-3762; C-43 Irving Cheskin, et al., S.D. New York, C.A. No. 1:91-6256 and C-44 John J. Coleman, et al. v. M.D. Sass Associates, Inc., et al., S.D. New York, C.A. No. 1:91-7478 (Actions was transferred to E.D. Louisiana) and MDL-939 Motion was DENIED (ALSO DOCKET IN MDL-939) -- Notified involved counsel, judges, clerks, panel judges and misc. recipients (rh) |
| 92/08/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-47 James C. Weatherly, Jr. v. Southtrust Bank of Calhoun County, N.A., et al., N.D. Ala., #CV-92-H-1682-E; C-48 Texas State Bank of San Angelo v. Central Bank of The South, N.D. Tex., #6:91-CV-88 and C-49 Farmers & Merchants Bank & Trust v. Vinning-Sparks Securities, Inc., W.D. Wis., #92-C-0533C -- Notified involved counsel and judges (rh) |
| 92/08/24 | 109 | NOTICE OF OPPOSITION TO CTO -- filed by plfts. Farmers & Merchants Bank & Trust in (C-49) Farmers & Merchants Bank & Trust v. Vining-Sparks Securities, Inc., W.D. Wisconsin, C.A. No. 92-C-0533 -- w/cert. of svc. -- Notified involved counsel and judges (kac) |

JPML FORM 1A

26

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/08/25 | | ~~AMENDED CERTIFICATE OF SERVICE -- (attached to pldg. #150) filed by Christa Bryan correcting deficiency (kac)~~ |
| 92/08/26 | 110 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltf. in (D-47) James C. Weatherly, Jr. v. Southtrust Bank of Calhoun County, N.A., et al., N.D. Alabama, C.A. No. CV-92-H-1682-E -- Notified involved counsel and judges (kac) |
| 92/08/28 | 111 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. in (C-48) Texas State Bank of San Angelo v. Central Bank of the South, N.D. Texas, C.A. No. 6:92-CV-88 w/cert. of svc. -- Notified involved counsel and judges (kac) |
| 92/09/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-50) Gus Bevona, et al. v. M.D. Sass Associates, Inc., et al., S.D. New York, C.A. No. 92-CV-4405 -- Notified involved counsel and judges. (dld) |
| 92/09/08 | 112 | MOTION/BRIEF TO VACATE CTO -- filed by pltf. in (C-49) Farmers & Merchants Bank & Trust v. Vining-Sparks Securities, Inc., D. Wisconsin, C.A. No. 92-C-0533C -- w/Affidavit of Erica M. Eisinger, Exhibits A thru D and cert. of svc. (kac) |
| 92/09/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-51) City National Bank of Carrollton v. SouthTrust Securities, et al., N.D. Tex., 3-90-0980-T -- Notified involved counsel and judges (leg) |
| 92/09/10 | 113 | MOTION/BRIEF TO VACATE CTO -- filed by James C. Weatherly, Jr., et al. in (C-47) Weatherly, Jr., et al v. Southtrust Bank of Calhoun County, N.A., et al., N.D. Alabama, C.A. No. CV-92-H-1682-E -- w/Schedule of Actions, Exhibits A thru G, Affidavit of Donald W. Stewart and cert. of svc. (kac) |
| 92/09/14 | 114 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. (C-48) Texas State Bank of San Angelo (Texas State Bank of San Angelo v. Central Bank of the South, N.D. Tex., C.A. No. 691-CV-88) -- w/affidavit of Garon R. Horton, Exhibits A thru D and cert. of svc. (bas) |

p. 29

DOCKET ENTRIES

863 In re Taxable Municipal Bond Securities Litigation

92/11/10 125 ORDER OF DISMISSAL -- Signed by Judge Joe Kendall (N.D. Texas) and filed on October 30, 1992 in the Northern District of Texas -- (re: **C-51** City National Bank of Carrollton v. SouthTrust Securities, Inc., et al., N.D. Tex., C.A. No. 3:90-CV-0980-X) (bas)

92/11/10 ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 20, 1992 HEARING -- **(C-51)** City National Bank of Carrollton v. SouthTrust Securities, Inc., et al., N.D. Tex., C.A. No. 3:90-CV-0980-X (bas)

92/11/17 HEARING APPEARANCES -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- DONALD W. STEWART, ESQ. for James C. Weatherly, Jr., et al.; VICTOR L. HAYSLIP, ESQ. for SouthTrust Bank of Calhoun County, N.A. and SouthTrust Securities, Inc.; GARON R. HORTON, ESQ. for Texas State Bank of San Angelo; WILLIAM G. COMPTON, ESQ. for Central Bank of the South; DONALD K. SCHOTT, ESQ. for Farmers & Merchants Bank & Trust; SAUL C. BELZ, ESQ. for Vining-Sparks Securities, Inc. (bas)

~~92/11/17 WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on 11/20/92 in Jackso Samaniego; Lead Counsel for plaintiffs in MDL-863; SouthTrust Securities, Inc. and Frank Petrusnek; Miller Sproull (bas)~~

92/11/17 WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- Diamond, Rash, Leslie, Smith & Samaniego; Lead Counsel for plaintiffs in MDL-863; SouthTrust Securities, Inc. and Frank Petrusnek; Miller Sproull (bas)

92/11/24 TRANSFER ORDER -- Transferring C-47, C-48 and C-49 to the Eastern District of Louisiana, pursuant to 28 U.S.C. 1407 -- Notified involved judges, clerks, counsel, and Panel judges (lg)

93/07/15 CONDITIONAL TRANSFER ORDER FILED TODAY -- **(D-52)** M. D. Sass Investors Services, Inc. v. Robert Apodaca, et al., N.D. California, C.A. No. 3:93-CV-147 - Notified involved counsel & judges (lg)

~~93/08/02 CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **(D-52)** M.D. Sass Investors Services, Inc. v. Robert Apodaca, et al., N.D. California, C.A. No. 3:93-CV-147 -- Notified involved clerks and judges (cgf)~~

JPML FORM 1A

Page 30

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 863 --

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 93/08/02 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- (D-52) M.D. Sass Investors Services, Inc. v. Robert Apodaca, et al., N.D. California, C.A. No. 3:93-CV-147 -- Notified involved clerks and judges (cgf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 863 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Taxable Municipal Bond Securities Litigation

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| November 16, 1990 | November 27, 1990 | TO | Unpublished | E.D. Louisiana | Hon. Morey L. Sear | |

Special Transferee Information

DATE CLOSED: ____________

JPML FORM 1

LISTING OF INVOLVED ACTIONS

E.D. LOUISIANA

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation HON. MARY L. SEARS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Timothy C. Devlin, et al. v. Nebraska Investment Finance Authority, et al. | Neb. Cambridge | CV-90-0-0217 | 11-27-90 | 90-4711G3 | | |
| A-2 | Washington National Life Insurance Co. of New York, et al. v. Morgan Stanley & Co., Inc. et al. | N.Y.,S. Lowe | 90-CIV-3342 | 11-27-90 | 90-4715G3 | | |
| A-3 | Christine L. Swope, etc. v. The Louisiana Agricultural Finance Authority, et al. | N.Y.,S. Leisure | 90-CIV-3993 | 11-27-90 | 90-4719G3 | | |
| A-4 | Theresa Faust, etc. v. The Health, Educational and Housing Facility Board of the City of Memphis, et al. | Tenn.,W. Turner | 90-2608-TU | 11-27-90 | 90-4726G3 | | |
| A-5 | Roberta Lipsey v. The Health Educational and Housing Facility Board of the City of Memphis, et al. | Tenn.,W. Gibbons | 90-2644-G | 11-27-90 | 90-4727G3 | | |
| A-6 | Farm Bureau Federation, et al. v. The Board of County Commissioners of Adams County, Colorado, et al. | Mo.,W. Wright | 90-4313-CV-C-5 | 11-27-90 | 90-4720G | | |
| A-7 | Farm Bureau Town & Country Insurance Co. of Missouri, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee, et al. | Mo.,W. Wright | 90-4314-CV-C-5 | 11-27-90 | 90-4721G3 | | |

JPML FORM 1 Continuation Listing of Involved Actions -- p. 2

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Associated Kellogg Bank, et al. v. Louisiana Agricultural Finance Authority, et al. | La.,E. Sear | CIV-90-3133 G-5 | | | | |
| A-9 | Texas State Bank, et al. v. Southeast Texas Housing Finance Corp., et al. | Tex.,S. Hinojosa | M-90-182 | 11-27-90 | 90-4722G3 | | |
| A-10 | Lucy Womack, etc. v. Southeast Texas Housing Finance Corp., et al. | Tex.,S. Hinojosa | M-90-181 | 11-27-90 | 90-4723G3 | | |
| A-11 | Lucy Womack, etc. v. El Paso Housing Finance Corp., et al. | Tex.,W. Bunton | P-90-CA-33 | 11-27-90 | 90-4724G3 | | |
| A-12 | Farm Bureau Town & Country Insurance Co. of Missouri, et al. v. El Paso Housing Finance Corp., et al. | Tex.,W. Bunton | P-90-CA-37 | 11-27-90 | 90-4725G3 | | |
| B-13 | Catholic Life Insurance Union, et al. v. NCNB-Texas, et al. 11-30-90 | Tex.,S. Hinojosa | 90-CV-205 | 12/18/90 | 90-4972G | | |
| B-14 | First Interstate Bank of Commerce, et al. v. Nebraska Investment Finance Authority, et al. Opposed 1-30-91 1/17/91 | Wyoming Kerr | 90-CV-1044 | 4/8/91 | 91-1435G | | |
| B-15 | First National Bank v. Louisiana Housing Finance Agency, et al. 1/25/91 | Tex.,N. Buchmeyer | CA3-90-2859-R | 2/13/91 | 91-696G | | |
| B-16 | Janet Virgin, et al. v. The Health, Educational and Housing Facility Board of the City of Memphis, Tennessee, et al. 2-19-91 | Tenn.,W. Gibbons | 91-2066-GB | 3/7/91 | 91-964G | | |
| B-17 | Peoples National Bank v. Robert Darling, et al. 2-25-91 opposed 3/12/91 | D.Kansas Kelly | 91-1052-K | vacated | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 863 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-18 | Bank of Marshall County v. Raymond James & Associates, Inc., et al. opposed 5/28/91 | Ky.,W. Simpson | C91-0067P (CS) | 8-1-91 | 91-2872 | | |
| C-19 | Bank of Rantoul v. Allen Sherman, et al. 8/4/91 opposed 8/26/91 | C.D.Ill. Baker | 91-2062 | 12-2-91 | 91-4431 | 1/14/93D | |
| C-20 | Metrobank, etc. v. Broadway Financial Investment Services Corp., et al. 8/8/91 | C.D.Ill. Mihm | 91-4048 | 8/26/91 | 91-3232 | | |
| C-21 | Deposit Bank v. Drexel Burnham Lambert, Inc., et. al. 10/22/91 | W.D. PA Smith | 91-178J | 11/5/91 | 91-4121 | | |
| C-22 | Commercial National Bank in Shreveport Trustee v. First National Bank of Fairfield, Texas. et. al. 10/22/91 opposed 11/8/91 | W.D. LA Stagg | 91-1995 | CTO VACATED 11/20/91 | | | |
| C-23 | Alamo Bank of Texas, et. al. v. Rauscher Pierce, Inc. et. al. oppose 11/5/91 10/22/91 | S.D. TX Hinojosa | 91-CV-184 | 02/06/92 | 92-521 | | |
| C-24 | McAllen National Bank v. Rauscher Pierce Refsnes, Inc., et. al. 10/22/91 oppose 11/5/91 | S.D. TX Hinojosa | 91-CV-185 | 02/06/92 | 92-522 | | |
| C-25 | City National Bank v. Rauscher Pierce Refsnes, Inc., et. al. 10/22/91 | S.D. TX Hinojosa | 91-CV-186 | CTO 11/5/91 | VACATED 11/20/91 | | |
| C-26 | Texas State Bank, et. al. v. Lovett Mitchell Webb & Garrison, Inc. et. al. oppose 11/5/91 10/22/91 | S.D. TX Hinojosa | M-91-198 | 02/06/92 | 92-523 | | |
| C-27 | Commercial National Bank of Beeville, Texas v. Vining-Sparks Securities, Inc., et. al. oppose 11/4/91 10/22/91 | S.D. TX Head | C-91-252 | 02/06/92 | 92-524 | | |
| C-28 | Metrobank v. Shearson Lehman Brothers, Inc., et al. opposed 11/20/91 11/7/91 | C.D.Ill Mihm | 91-4051 | 02/06/92 | 92-0526 | | |
| C-29 | First Valley Bank v. Rauscher Pierce Refsnes, Inc., et al. opposed 11/22/91 11/7/91 | S.D. TX Vela | B-91-165 | 02/06/92 | 92-525 | | |
| C-30 | National Bank of Harvey v. Union Planters Investment Bankers Group, Inc. 11/22/91 opposed 12-9-91 | ND | A4-91-191 | | CTO Vacated 02/06/92 | | |

Margin notes: 863/22 (C-23), 863/23 (C-24), 863/24 (C-26)

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 4

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| √C-31 | Associated Commerce Bank, et al. v. National Bank of Commerce of Memphis, Tennessee, d/b/a Commerce Investments 12/12/91 Opposed 12/30/91 | Wis.,W. Shabaz | 91-C-0771 S | 3/31/92 | 92-1155 | | |
| C-32 | American National Bank of Union Springs, Alabama, et al. v. Standard and Poor's Corp., et al. 1/23/92 opposed 2/6/92 | Ala.,M. Thompson | 91-T-1495-N | 4/24/92 | | 4/24/92 | remanded to state court |
| √C-33 | Citizens Bank and Savings Company, et al. v. Standard and Poor's Corporation, et al. 3/ /92 opposed 3/19/92 | Ala.,N. Lynne | 91-CV-2864 | 6/4/92 | 92-1953-G | | |
| √C-34 | Htoob, Inc. v. Union Planters Investment Bankers Group, Inc. 3/4/92 | Del Schwartz | 92-26 | 3-20-92 | 92-1030-G | | |
| √C-35 | The Citizens Bank of Philadelphia v. National Bank of Commerce, et al. 3/4/92 | Miss.,S. Lee | E92-0007 (L) (C) | 3-20-92 | 92-1029-G | | |
| √C-36 | Commercial National Bank of Beeville, Texas, etc. v. Vining-Sparks Securities, Inc., et al. 3/18/92 Opposed 3-31-92 | Tex.,W. Garcia | SA-92-CA-0175 | 6/4/92 | 92-1954-G | | |
| 863/33 XYZ-37 | Algiers Homestead Assoc. v. Union Planters Investment | La., E. SEAR | 92-259 G 3 | [illegible] | | | |
| √C-38 | The American Bank, etc. v. Southtrust Bank of Alabama, N.A., et al. 4/24/92 | Ala.,N. Propst | CV-92-PT-0524-S | 5/12/92 | 92-1652G | | |
| C-39 | First State Bank of Uniontown, et al. v. AmSouth Bank, N.A., et al. 4/24/92 vacated | Ala.,S. Vollmer | 92-0142-RV-S | CTO vacated 5/7/92 | | | |
| √C-40 | Alameda County Employees' Retirement Association v. M.D. Sass Investors Services, Inc., et al. 4/24/92 opposed 5-4-92 | Cal.,N. Conti | 91-CV-3290 | 8-4-92 | 92-2683 | | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 5

DOCKET NO. 863 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-41 | George Weiland, et al. v. M.D. Sass Associates, Inc., et al. 4/24/92 opp. 5/7/92 | Ill., N. Andersen | 91-CV-7636 | 8-9-92 | 92-2684 | | |
| C-42 | Richard Mueller, et al. v. M.D. Sass Associates, Inc., et al. 4/24/92 opp. 5/6/92 | N.J., D. Wolin | 91-CV-3762 | 8-9-92 | 92-2685 | | |
| C-43 | Irving Cheskin, et al. v. M.D. Sass Associates, Inc., et al. 4/24/92 opp. 5/8/92 | N.Y., S. Sand | 91-CV-6256 | 8-9-92 | 92-2686 | | |
| C-44 | John J. Coleman, et al. v. M.D. Sass Associates, Inc., et al. 4/24/92 opp. 5/7/92 | N.Y., S. Sand | 91-CV-7478 | 8-9-92 | 92-2687 | | |
| C-45 | First National Bank of Fairfield, Tex. v. Lovett, Mitchell, Webb & Garrison, Inc., et al. 6-15-92 | Tex., S. Hittner | H-92-1593 | | | vacated 6/23/92 | |
| C-46 | Bank Midwest f/k/a First Trust and Savings Bank of Armstrong, Iowa v. Hamilton Investments, Inc. f/k/a The Illinois Company, Incorporated 6-25-92 | Iowa, N. O'Brien | C-91-3068 | 7/13/92 | 92-2405 | | |
| C-47 | James C. Weatherly, Jr. v. Southtrust Bank of Calhoun County, N.A., et al. 8-14-92 opposed 8/26/92 | Ala., N. ~~Halton~~ | CV-92-H-1682-E | 11/24/92 | 92-3931 | 5/10/93 | Remanded to Slatect |
| C-48 | Texas State Bank of San Angelo v. Central Bank of The South 8-14-92 opposed 8/28/92 | Tex., N. ~~Woodward~~ Cummings | 6:91-CV-88 | 11/24/92 | 92-3932 | | |
| C-49 | Farmers & Merchants Bank & Trust v. Vining-Sparks Securities, Inc. 8-14-92 Opposed 8/24/92 | Wis., W. Crabb | 92-C-0533C | 11/24/92 | 92-3933 | | |
| C-50 | Gus Bevona, et al. v. M.D. Sass Associates, Inc., et al. 9-4-92 opposed 09/21/92 | N.Y., S. Haight | 92-CV-4405 | | | | |
| C-51 | City National Bank of Carrollton v. Southwest Trust Securities, Inc., et al. 9-9-92 [9/23/92 opposed] | Tex., N. ~~Maloney~~ ~~Kendall~~ Maloney | 3-90-0980-T | | | vacated 11/10/92 | |
| Sept 92 | 22 TR / 1 XYZ / 39 pending Sept 1993 – | | | | | | |

DOCKET NO. 863 -- In re Taxable Municipal Bond Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-52 | M. D. Sass Investors Services, Inc. v. Robert Apodaca, et al. 7-15-93 | N.D.CA. Conti | 3:93-147 | (8-02-93) Aug 2, FFB | 93-2585 | | |

COMMON PARTY CHECKLIST -- p.1

MDL-863 -- In re Taxable Municipal Bond Securities Litigation

<party>A.G. Edwards & Sons, Inc.
<id#>A-7, B-16
<>~~Alamo Bank of Texas~~
ALAN ARNOLD — B-14

<party>Alex. Brown & Sons, Inc.
<id#>A-6; A-7; A-12, B-16
<> AMSOUTH Bank N.A. C-32, C-33, C-35, C-39
AM Best Co. C-38

<party>Bear, Stearns & Co.
<id#>A-6; A-7, B-16
<>

<party>Blunt Ellis & Loewi, Inc.
<id#>A-7, B-16
Broadway Financial Investment Services Co. C-19, C-20

<party>Board of County Commissioners of Adams County, Colorado
<id#>A-6
<> Bator, Jim B-16

<party>Boettcher & Co., Inc.
<id#>A-6
<> BRYAN Worley & Co. B-14, C-29

<party>Capital Markets Corp.
<id#>A-6 Central Bank of the South C-32, C-33, C-48
<>
CO Coll - C-38

<party>Commerce Investments
<id#>A-7, B-16, C-30, C-31, C-33
<> Commercial National Bank of Shreveport B-15, C-22
~~Commercial National Bank of~~

<party>Coughlin & Co., Inc.
<id#>A-6
<>

<party>Dean Witter Reynolds, Inc.
<id#>A-6; A-7; A-12, B-16, C-33
<>

<party>Dillon, Read & Co., Inc.
<id#>A-6; A-7, B-16
<>

<party>Donaldson, Lufkin and Jenrette Securities Corp.
<id#>A-6; A-7, B-16
<>



MDL-863 -- In re Taxable Municipal Bond Securities Litigation

<party>Dorsey & Company, Inc.
<id#>A-12
<>

<party>Drexel Burnham Lambert, Inc.
<id#>A-4; A-5, C-21
<>

<party>Ehrlich Bober & Co., Inc.
<id#>A-6
<>

<party>El Paso Housing Finance Corp.
<id#>A-11; A-12
<>

<party>Executive Life Insurance Co.
<id#>A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-10; A-12, B-13, B-14 B-15, B-16
<>

<party>First Boston Corp.
<id#>A-6; A-7, B-16
<>

<party>First Executive Corp.
<id#>A-3; A-4; A-5; A-6; A-7; A-8; A-10; A-12, B-13, B-14 B-15, B-16
<> First National Bank of Fairfield, Tx - C-22, C-45
First Institutional Securities Corp. - C-19, C-20

<party>First Tennessee Bank National Association
<id#>A-4; A-5; A-7, B-16
<>
First Tennessee National Corp. C-33

<party>Fred Carr
<id#>A-3; A-4; A-5; A-6; A-7; A-9; A-10; A-11; A-12, B-13, B-14 B-15, B-16
<>

<party>George K. Baum & Company
<id#>A-12
<>
Hamilton Investments, Inc. f/k/a The Illinois Company, Incorporated C-46

<party>Hanifan Imhoff, Inc.
<id#>A-6
<>

<party>Health, Educational and Housing Facility Board of the City of Memphis
<id#>A-4; A-5; A-7, B-16
<>

Andrew Heiskell (C-41

MDL-863 -- In re Taxable Municipal Bond Securities Litigation

<party>Howard, Weil, Labouisse, Fredrichs, Inc. ~~[illegible]~~
<id#>A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-9; A-10; A-11; A-12, B-13, B-14, B-15, B-16
<> B-21 C 27, C-36

<party>J.C. Bradford & Co.
<id#>A-7, B-16
<>
Jim Bolton B-16

<party>Kidder, Peabody & Co., Inc.
<id#>A-6; A-7; A-12, B-16
<>

<party>Kirchner, Moor & Co.
<id#>A-6
<>

<party>Kutak, Rock & Campbell, B-14 B-15, B-16
<id#>A-6; A-7; A-12
<>

<party>L.F. Rothschild & Co., Inc.
<id#>A-6; A-7; A-12, B-16
<> Hugh R. Lamle (C-40, C-41, C-43, C-44), C-50

<party>Lazard Freres & Co.
<id#>A-6; A-7, B-16
<>

<party>Legg Mason Wood Walker, Inc.
<id#>A-12 C-27, C-36
<> [illegible]

<party>Louisiana Agricultural Finance Authority
<id#>A-3; A-8
<> Louisiana Housing Finance Agency B-15

<party>Lovett Underwood Nehaus & Webb, Inc.
<id#>A-12 C-25, C-45
<> Lovett [illegible] Garrison Inc [illegible] C-45,

<party>Masterson & Company
<id#>A-12
<> M.D. Sass Investors Services, Inc. — (C-40, C-43, C-44)
M.D. Sass Associates, Inc. (C-41, C-42, C-43, C-44), C-50

<party>McDonald & Company Securities, Inc.
<id#>A-7; A-12, B-16
<>

M.D. Sass & Co., Inc. (C-43, C-44) C-50
Martin D. Sass (C-41, C-42, C-43, C-44)

MDL-863 -- In re Taxable Municipal Bond Securities Litigation

<party>Merrill Lynch Capital Markets
<id#>A-6, B
<>

<party>Merrill Lynch, Pierce, Fenner & Smith, Inc.
<id#>A-6; A-7; A-12, B-16
<>

<party>Michael R. Milken
<id#>A-3; A-4; A-5; A-6; A-7; A-9; A-10; A-11; A-12, B-13, B-14 B-15, B-16
<>
Mike Davis — C-45

<party>Morgan Keegan & Co., Inc.
<id#>A-4; A-7; A-12, B-16
<>

<party>Morgan Stanley & Co., Inc., B-14, B-21
<id#>A-1; A-2; A-6; A-12
<>

<party>NCNB - Texas,
<id#>A-10, B-13
<>
National Bank of Commerce - C-35

<party>Nebraska Investment Finance Authority, B-14, B-21
<id#>A-1; A-2;
<>

<party>Northwest Bank, Minnapolis, N.A., B-14
<id#>A-2
<>

<party>Painewebber, Inc.
<id#>A-6; A-7, B-16
<>
Peter Avalone B-14

<party>Premier Bank (successor to LA Nat'l Bank of Baton Rouge)
<id#>A-3; A-8
<>

<party>Prudential-Bache Securities, Inc.
<id#>A-6; A-7; A-12, B-16
<>

<party>Public Financial Mangement, Inc.
<id#>A-7, B-16
<>
John Berkins -- B-18
Raymond James & Associates, Inc. -- B-18

Michael C. Pastena (C-41

MDL-863 -- In re Taxable Municipal Bond Securities Litigation

<party>Rauscher Pierce Refsnes, Inc.
<id#>A-7; A-11; A-12, B-16, C-23, C-24, C-25 C27, C-29, C-36
<> Robert Darling B-17

<party>Robinson-Humphrey Company, Inc.
<id#>A-7, B-16
<>

<party>Rotan Mosle, Inc.
<id#>A-9; A-7; A-10; A-12, B-13, B-16 C27, C-36
<>

<party>Salomon Brothers, Inc.
<id#>A-6; A-7, B-16
<>

<party>Shearson Lehman Hutton, Inc.
<id#>A-7, B-16, C-28
<> Allen Sherman C-17

<party>Smith Barney, Harris Upham & Co., Inc.
<id#>A-7, B-16
<> H. Miller Scroull - C-47

<party>Southeast Texas Housing Finance Corp.
<id#>A-9; A-10
<> Southtrust Bank of Alabama, N.A C-32, C-38
Standard and Poor's Corp. C-32, C-33, C-38

<party>Sunburst Bank (successor to Capital Bank & Trust Co.)
<id#>A-3; A-8
<> Southeast Securities, Inc. C-28, 51
Eric Swain C-28

<party>Thomson McKinnon Securities, Inc.
<id#>A-6
<> Union Planters Corporation B-16, B-17
Union Planters Investment Bankers, Group, Inc. B-16, B-17, C-30

<party>Union Planters Securities Corp.,
<id#>A-7, B-16, C-30, C-33
<> Vining-Sparks Securities, Inc. B-14, C-26, C-24, C27, C-36, C-47, C-51

<party>Wertheim Schroder & Co., Inc.
<id#>A-6; A-7; A-12, B-16
<>

<party>Wheat, First Securities, Inc.
<id#>A-7; A-12, B-16
<>

<party>William Blair & Company
<id#>A-7, B-16
<>

Wayne A. Whigham C-28
William Wilson C-33
Southtrust Bank of Calhoun County, N.A. C-47

D-52

ROBERT APODACA New
defendant

JACK BAUGH New
defendant

DALE BITNEY New
defendant

MATT CRAWFORD New
defendant

D-52

FRANCES J. EARLY New
defendant

WILLIAM C. GODFREY New
defendant

DARRYL L. GRAY New
defendant

ROBERT G. KNOX New
defendant

TERRI LAUIGAN New
defendant

DARRY LOGAN New
defendant

DAN MCCELLAND New
defendant

D-52

DON J. MCGRATH New
defendant

JERRY MORROW New
defendant

JAMES MUNIZ New
defendant

LILA J. SAKS New
defendant

MARIAN BAMFORD SMITH New
defendant

NORVEL SMITH New
defendant

JEANNE STONE New
defendant

DAVID L. TOBIAS New
defendant

PAUL TRUDELL New
defendant

C.G. "BUD" QUIST New
defendant

DONALD R. WHITE New
defendant

WARREN WIDENER New
defendant